IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

§
§
§

## ORDER REGARDING ASSIGNMENT OF COURT BUSINESS

It is hereby ordered that all matters referred to, assigned to or pending in the docket designated as Magistrate Docket 4 - Austin, pursuant to 28 U.S.C. § 636, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas are transferred to the docket of United States Magistrate Judge Mark Lane.

SIGNED this 30th day of March, 2012.

SAM SPARKS
United States District Judge

LEE YEAKEL
United States District Judge